CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 03 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEWAYNE JACKSON COX | Civil Action No. 7:12CV00154 |
| Plaintiff, | **ORDER** |
| v. | Hon. Glen E. Conrad |
| CAPTAIN CHAD KELLER, et al., | Chief United States District Judge |
| Defendants. | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The motion for summary judgment filed by Justin Miles is **GRANTED IN PART AND DENIED IN PART**; and

2. The motion for summary judgment filed by Captain Chad Keller, Sergeant Willie Smith, Major Greg Winston, Officer Bradley Quinn, Officer Joshua Pinkerman, and Officer Benjamin Baxley is **GRANTED IN PART AND DENIED IN PART**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 3rd day of June, 2015.

_____
Chief United States District Judge