UNITED STATES DISTRICT COURT
Western District of Virginia

Julia C. Dudley  OFFICE OF THE CLERK  (540) 857-5100
Clerk  210 Franklin Road, SW, Room 540
Roanoke, Virginia  24011

July 28, 2016

To all counsel of record by email
through court's CM-ECF  sytem

Re:  *Dewayne Jackson Cox vs. Capt. Keller, et al.*, Civil Action 7:12CV00154

Dear Counsel:

As the mandate has issues in this case, the judge has requested that I be in touch with both sides and determine a new trial date as soon as possible, given the age of this case.

Please confer among yourselves regarding how many days you think we'll need for trial and your availability for the following dates for a jury trial in Charlottesville:

*November 28-29, 2016*
*December 12-13, 2016*
*December 19-22, 2016*
*January 4-6, 2017*
*January 12-13, 2017*
*February 1-2, 2017*
*February 6-10, 2017*
*February 16-17, 2017or*
*March 1-3, 2017.*

If no response is received, we will assume that any date chosen in this time frame will be acceptable.

Based on the trial date that is chosen, a pretrial order shall be entered establishing pretrial deadlines and making other provisions for the development of this case.  Further, hearings on dispositive motions, such as motions to dismiss or for summary judgment, as well as motions regarding the admissibility of evidence, shall also be scheduled at least thirty days prior to trial.  **To schedule any hearings, please call (540) 857-5119 or email me at [susanm@vawd.uscourts.gov](mailto:susanm@vawd.uscourts.gov).**

The court wants all discovery completed and pretrial motions filed within forty-five (45) days of the trial date. All interrogatories and requests for documents should therefore be served in sufficient time to give the opposing party time to respond prior to the forty-five (45) days deadline. Hearings regarding dispositive pretrial motions must be held no later than thirty (30) days prior to trial, except with the prior approval of the presiding judge.

Judge Conrad actively promotes alternative dispute resolution in most civil cases. Generally, the parties may opt to initiate mediation, or some other form of alternative dispute resolution, prior to the completion of discovery. The court may initiate mediation shortly before, or shortly following, the scheduled completion of discovery.

For more information on mediation, ECF registration, and/or other local rules, the parties are referred to the public website of the Clerk's Office, available at http://www.vawd.uscourts.gov .

If you feel that the pretrial order in this case should include special provisions, please contact me by email at susanm@vawd.uscourts.gov or telephone at (540) 857-5119.

          Very truly yours,

          *Susan Moody*

          Deputy Clerk