CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 6 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEWAYNE JACKSON COX, ) | Civil Action No. 7:12CV00154 |
| Plaintiffs, ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| CAPT. KELLER, et al., ) | |
| Defendants. ) | By: Hon. Glen E. Conrad<br>Chief United States District Judge |

The court has before it the parties' Stipulation of Dismissal filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. It is accordingly

**ADJUDGED and ORDERED**

that this action shall be, and it hereby is, dismissed without prejudice, with the joint representation and understanding that defendants waive any right to assert a statute of limitations defense if the case is re-filed within 14 days from the date of dismissal.

The Clerk is hereby directed to send a certified copy of this order to plaintiffs and all counsel of record.

Enter this 26th day of August, 2016.

_____
Chief United States District Judge